# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br><br>HEATHER SUE HARTZELL,<br>        Defendant. | Case No. 23-cr-2045-CJW-2<br><br>**AMENDED REPORT AND RECOMMENDATION** |

_____

On December 28, 2023 Defendant filed an objection (Doc. 45) to my Report and Recommendation (Doc. 43). Defendant correctly pointed out that I failed to check a box to indicate that the plea agreement includes "dismissal of charges." In this case, the parties agreed to dismiss all counts except count 1 to which Defendant entered a plea of guilty. The Government responded by requesting the clarification provided below. (Doc. 47.)

Therefore, my Report and Recommendation is hereby amended to reflect that the parties' plea agreement does, in fact, call for the dismissal of charges as stated in the plea agreement.

The Parties have fourteen (14) days from the filing of this Amended Report and Recommendation to file any objections to my findings, and that if no objections are made, then the district judge may accept Defendant's guilty plea by simply entering a written order doing so. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). But see, *United States v. Cortez-Hernandez*, 673 Fed. App'x 587, 590-91 (8th Cir. 2016) (per curiam) (suggesting that a Defendant may have the right to de novo review of a magistrate judge's recommendation to accept a plea of guilty even if no objection is filed). The district court judge will undertake a de novo review of the Amended Report and Recommendation if a

written request for such review is filed within fourteen (14) days after this Report and Recommendation is filed.

**IT IS SO ORDERED** this 4th day of January, 2024.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa